IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| JEFFREY L. REINHART | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO:   3:10CV00236  SWW |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration | * | |
| | * | |
| | * | |
| Defendant | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the decision of the Commissioner is affirmed and that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 12^(TH) DAY OF MARCH, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE